UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| AARON NEWMON, | ) | 3:08-CV-0093-RAM |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | January 22, 2009 |
| | ) | |
| RODNEY PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Defendant has filed a Motion to File Confidential Documents Under Seal (Doc. #28). Good cause appearing,

    Defendant's Motion to File Confidential Documents Under Seal (Doc. #28) is <u>GRANTED</u>.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk